## DIVIDENDS REMITTED TO THE COURT

Case Number 09-21442 - MANZO, MICHAEL DAVID

| Creditor | Claim No. | *Check* | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Community Health Partners<br>Po Box 740819<br>Cincinnati, Oh 45274-0819 | 000007 | *109* | 58.96 | 3.35 |
| ---------- Remittance Total --------------- | | | 58.96 | 3.35 |

*[signature]*
ALAN J. TREDNISH, TRUSTEE

*[FILED stamp: 2010 SEP -2 PM 12:19, CLERK U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*